■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR DAVIS, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Martin, J.), rendered June 26, 1981, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We find that there was sufficient corroborative evidence tending to connect the defendant with the commission of the offense (see CPL 60.22, subd 1; *People v Glasper,* 52 NY2d 970; *People v Dory,* 59 NY2d 121). Thompson, J. P., Weinstein, Rubin and Lawrence, JJ., concur.